**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ASSOCIATION OF IRRITATED
RESIDENTS, an unincorporated
association; EL COMITÉ PARA EL
BIENESTAR DE EARLIMART, an
unincorporated association;
COMMUNITY & CHILDREN'S
ADVOCATES AGAINST PESTICIDE
POISONING, an unincorporated
association,

No. 09-71383

EPA No.
EPA-R09-OAR-
2008-0677

          *Petitioners,*

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; LISA JACKSON,
in her official capacity as
Administrator of the U.S. EPA;
LAURA YOSHII, in her official
capacity as Regional Administrator
of Region IX of the U.S. EPA,

          *Respondents.*

NATURAL RESOURCES DEFENSE
COUNCIL, INC.,

*Petitioner,*

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

*Respondent.*

No. 09-71404

EPA No.
EPA-R09-OAR-
2008-0677

ORDER FURTHER
AMENDING
OPINION

Filed February 13, 2012

The amended opinion for this case, filed on January 27, 2012, is further amended as follows:

On page 773, line 10: <and sanction clocks> is deleted.